Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Peterson - State Bar No. 261303
hmp@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue
Third Floor
El Segundo, California  90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs and all others similarly situated*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVINDA HOGAN, CATHERINE GIASONE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> USPLABS, LLC, a Texas Limited Liability Company, and DOES 1-25, inclusive, <br><br> Defendant. | Case No.  12CV0411 LAB NLS <br><br> **CLASS ACTION** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **[FRCP 41(a)(1)(A)]** |

02294-00001  154015.01

NOTICE OF CHANGE OF ADDRESS

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND
2  THEIR ATTORNEYS OF RECORD:
3      Plaintiffs Govinda Hogan and Catherine Giasone dismiss this entire action pursuant to
4  Federal Rule of Civil Procedure 41(a)(1)(A).  Pursuant to Federal Rule of Civil Procedure
5  41(a)(1)(A)(i), the dismissal can be accomplished without a court order because no answer or
6  motion for summary judgment has been served by Defendant.

9  DATED: June 15, 2012      KIRTLAND & PACKARD LLP

    By:  /s/ Heather M. Peterson
        MICHAEL LOUIS KELLY
        BEHRAM V. PAREKH
        HEATHER M. PETERSON
        *Counsel for Plaintiffs and all others similarly situated*